IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

L. J. QUINNS RESTAURANT & SUPPLY, INC., a California corporation, EMBARCADERO COVE ENTERPRISES, LLC, a California limited liability company, CITY OF OAKLAND, a municipal corporation, acting by and through its port commissioners, and DOES 1–10,

    Defendants.

No. C 18-01182 WHA

**ORDER OF DISMISSAL**

Based on plaintiff counsel's representation at today's case management conference that a Rule 68 offer was made and accepted yesterday, the entire matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE